IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES T. TYNAN, JR. | § § § |
| VS. | §   C.A. NO. 4:22-cv-1433 § |
| U.S. BANK, N.A. | § § § |

## **STIPULATION OF DISMISSAL**

Plaintiff James T. Tynan Jr. ("**Plaintiff**") and Defendant, U.S. Bank Trust National Association, as Trustee of American Homeowner Preservation Trust Series improperly named as U.S. Bank, N.A. ("Trustee" or "Defendant") hereby file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

1. Plaintiff filed this lawsuit against Defendant seeking to delay or prevent foreclosure by Trustee.  Defendant appeared denying all claims.  Plaintiff wishes to dismiss all claims against Defendant <u>without</u> prejudice and the parties agree because Plaintiff recently filed for bankruptcy protection and therefore Defendant has withdrawn its objections to dismissal and consents to same.

2. In conformity with Rule 41(a)(1)(A)(ii), this Stipulation is signed by all parties who have appeared in the action.

3. By this Stipulation, it is hereby stipulated all claims of Plaintiff against Defendant are dismissed without prejudice.   This Stipulation disposes of all claims and causes of action by all parties.

4. Plaintiff and Defendant further stipulate that all costs of court, attorney's fees and other costs incurred are to be borne by the party incurring the same.

20220288.20220288/4405971.1

WHEREFORE, PREMISES CONSIDERED, all claims and causes of action brought by Plaintiff against Defendants are dismissed without prejudice.

Respectfully submitted,

By: /s/ Robert C. Vilt
    Robert C. Vilt
    State Bar No. 00788586
    Vilt and Associates, P.C.
    5177 Richmond Avenue, Suite 1142
    Houston, Texas 77056
    Telephone: 713.840.7570
    Facsimile: 713.77.1827
    Email: clay@viltlaw.com

**ATTORNEYS-IN-CHARGE FOR PLAINTIFF**

By: /s/ Michael F. Hord Jr.
    Michael F. Hord, Jr.
    Texas Bar No. 00784294
    Eric C. Mettenbrink
    Texas Bar No. 24043819
    Hirsch & Westheimer, P.C.
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    (713) 220-9182 Telephone
    (713) 223-9319 Facsimile
    mhord@hirschwest.com
    emettenbrink@hirschwest.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

On this 7th day of September, 2022, I hereby certify that a true and correct copy of the foregoing document was forwarded as follows:

Robert C. Vilt
Vilt and Associates, P.C.
5177 Richmond Avenue, Suite 1142
Houston, TX 77056
**Via ECF**

/s/ Michael F. Hord Jr.
Michael F. Hord Jr.