United States District Court
Southern District of Texas
**ENTERED**
September 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES T. TYNAN, JR. | § § § | |
| VS. | § § | C.A. NO. 4:22-cv-1433 |
| U.S. BANK, N.A. | § § § | |

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal. The premises considered; now therefore, it is ORDERED that all claims and causes of action brought by Plaintiff James T. Tynan, Jr. ("Plaintiff") against Defendant, U.S. Bank Trust National Association, as Trustee of American Homeowner Preservation Trust Series improperly named as U.S. Bank, N.A. ("Defendant") are hereby dismissed without prejudice to re-filing same or any part thereof.

SIGNED this 16th day of September, 2022.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE